# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

In the Matter of:                                    }
                                                     }
                                                     }
RWS Charter LLC                                      }        Case No. 20-80470-CRJ
Tax ID/EIN: 45-1957177                               }
                                                     }        Chapter 11
                                                     }
                          Debtor(s)                  }
                                                     }
                                                     }

## NOTICE OF DEFICIENCY FILING

☒       **Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the above styled Debtor(s) shall file a corporate ownership statement containing information described in Rule 7007.1 within fourteen (14) days from the file date of the Debtor(s) petition. Failure to file the document(s) within fourteen (14) days of the filing of the petition shall result in the case being set for hearing as to why said case should not be dismissed for failure to comply.**

BY ORDER OF THE COURT:                    Joseph E. Bulgarella, Clerk
                                          United States Bankruptcy Court


                                          BY: **Rose Leatherwood**
                                                Deputy Clerk


IF YOU HAVE ANY QUESTIONS, PLEASE CALL (256) 584-7900