In re **RWS Charter LLC**  
Debtor(s)

Case No. **8:20-bk-80470**  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RWS Charter LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 18, 2020**  
Date

**/s/ Tazewell T. Shepard**  
**Tazewell T. Shepard ASB-4962-S68T**  
Signature of Attorney or Litigant  
Counsel for **RWS Charter LLC**  
**Sparkman, Shepard & Morris, P.C.**  
**303 Williams Avenue, Suite 1411**  
**Huntsville, AL 35801**  
**256-512-9924 Fax:256-512-9837**  
**taze@ssmattorneys.com**